FILED
CHARLOTTE, NC

APR 1 5 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:25-cr-16-KDB

| | |
|---|---|
| UNITED STATES OF AMERICA ) | BILL OF INDICTMENT |
| ) | |
| v. ) | |
| ) | Violation: 18 U.S.C. § 922(g)(1) |
| NORRIS LASHANE MYERS ) | |
| ) | |

## THE GRAND JURY CHARGES:

### COUNT ONE

### (POSSESSION OF A FIREARM BY A CONVICTED FELON)

On or about February 24, 2024, in Caldwell County, within the Western District of North Carolina, the defendant,

**NORRIS LASHANE MYERS,**

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Taurus PT92AF, 9mm handgun, in and affecting commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

### NOTICE OF FORFEITURE

Notice is hereby given of 18 U.S.C. § 924 and 28 U.S.C. § 2461(c). The following property is subject to forfeiture in accordance with Section 924 and/or 2461(c): all firearms or ammunition

involved or used in the violations set forth in this Bill of Indictment. The following property is subject to forfeiture on one or more of the grounds stated above:

    a.    One (1) Taurus PT92AF, 9mm handgun; and

    b.    Ammunition seized during the investigation.

A TRUE BILL:



FOREPERSON

RUSS FERGUSON  
UNITED STATES ATTORNEY

KENNETH M. SMITH  
ASSISTANT UNITED STATES ATTORNEY